**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHERI POE, on behalf of herself and all others similarly situated,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>      Defendant - Appellee,<br><br>------------------------------------<br><br>AMERICAN ASSOCIATION OF RETIRED PERSONS, et al.;<br><br>      Amici Curiae. | No. 23-3124<br><br>D.C. No. 8:21-cv-02065-SPG-E<br>Central District of California, Santa Ana<br><br>ORDER |
| CHERI POE,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>      Defendant - Appellant,<br><br>------------------------------------<br><br>AMERICAN ASSOCIATION OF RETIRED PERSONS, et al.; | No. 23-3243<br>D.C. No. 8:21-cv-02065-SPG-E<br>Central District of California, Santa Ana |

Amici Curiae.

Appellant Cheri Poe's motion (Docket Entry No. 68 in No. 23-3124) to relate appeals for oral argument is denied.

The existing cross appeal briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT